DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 









                NO. 12-05-00411-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

§          

 

IN
RE: DEBBIE BELLOWS D/B/A

DEBBIE’S
BAIL BONDS AND AS AGENT         §          ORIGINAL PROCEEDING

FOR
SAFETY NATIONAL CASUALTY

CORPORATION
AND LESTER BELLOWS,

RELATORS   §          

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER
CURIAM

            Relators have filed a motion to dismiss this original
mandamus proceeding, and all other parties to the proceeding have been given
notice of the filing of this motion. 
Because Relators have met the requirements of Texas Rule of  Appellate Procedure 42.1(a)(1), the motion is
granted, and the appeal is dismissed.          

Opinion
delivered April 28, 2006.

Panel
consisted of Worthen, C.J., Griffith, J., and DeVasto, J.

 

 

 

 

 

 

 

 

 

 

 

(PUBLISH)